IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

JONATHAN L. HENDRIX                                                                    PLAINTIFF

V.                       CASE NO. 4:10CV00121 JMM

HOUSEHOLD LIFE INSURANCE COMPANY                                    DEFENDANT

*ORDER*

Defendant's *Pro Hac Vice* Motions for Admission of Jason R. Marlin and David G. Cabrales are granted (#4 & #5). For good cause, and pursuant to Local Rule 83.5(d) of the Rules of the United States District Court for the Eastern and Western Districts of Arkansas, Jason R. Marlin and David G. Cabrales are hereby permitted to appear and participate in this action as counsel for defendant. Debra Brown is designated as local counsel pursuant to Local Rule 83.5(d).

IT IS SO ORDERED this  23  day of February, 2010.

_____
James M. Moody
United States District Judge